## HEREDINK *et al. v.* HOLTON *et al.*

WHERE a jury is waived, and the cause tried by the Court, the Court should find the facts, and not merely state the proofs.

APPEAL from the Eleventh District.

Suit to recover a half share, or an undivided sixteenth of the capital stock of the " El Dorado Canal Company," whose property consisted of a water ditch. Defendants had judgment. Plaintiffs appeal.

*Newell & Williams,* for Appellants.

*Sanderson & Hewes,* for Respondents.

At the April term, 1859, a decision was rendered affirming the

judgment below.  A rehearing having been granted, the following opinion was delivered by BALDWIN, J.—FIELD, C. J. and COPE, J. concurring.

On reärgument, the facts are not found in the case, but only statements given of what witnesses testified as to several matters necessary to the correct determination of the issues involved.  The Court below should find the facts—not merely state the proofs.

Judgment reversed and case remanded, that the Court may find the facts.  Ordered accordingly.